**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

RICHARD SKAFF, 

        Plaintiff,

v.

CITY OF CORTE MADERA and DOES 1-20, Inclusive,

        Defendants.

No. C 08-5407-SBA

**ORDER**

This action is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to District Judge Judge Susan Illston for consideration of whether the case is related to *Skaff v. Town of Corte Madera*, 03-5595-SI. The Docketing Clerk is directed to prepare a notice of related case order.

IT IS SO ORDERED.

Dated: 7/10/09

                                                  _____
                                                  Saundra Brown Armstrong
                                                  United States District Judge