1   JEFFREY A. WALTER, CBN 63626
    JOHN A. ABACI, CBN 166493
2   WALTER & PISTOLE
    670 West Napa Street, Suite "F"
3   Sonoma, CA 95476
    Telephone: (707) 996-9690
4   Fax: (707) 996-9603

5   Attorneys for Defendant
     Town of Corte Madera
6
    SIDNEY J. COHEN, State Bar No. 39023
7   SIDNEY J. COHEN PROFESSIONAL CORPORATION
    427 Grand Avenue
8   Oakland, CA 94610
    Telephone (510) 893-6682
9
    Attorneys for Plaintiff
10  Richard Skaff

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13

14  RICHARD SKAFF,                    :    Case No. C08-05407 SBA

15            Plaintiff,                    STIPULATED REQUEST FOR
                                            ENLARGEMENT OF TIME,
16      vs.                                 DECLARATION IN SUPPORT THEREOF,
                                            AND ORDER ENLARGING TIME TO
17  CITY OF CORTE MADERA, and DOES 1-       CONDUCT MEDIATION
    20, Inclusive,                          (Local Rule 6-2)
18
          Defendants.
19  _____/

20

21                  STIPULATED REQUEST

22      Plaintiff, RICHARD SKAFF, by and through his attorneys, and Defendant, TOWN OF

23  CORTE MADERA, by and through its attorneys, request for the reasons stated by the declaration

24  of John A. Abaci set forth below that the Court extend the time to conduct mediation until

25  September 30, 2009.

26  Dated: __6/11/09__                    _____
                                          SIDNEY J. COHEN
27                                        Attorneys for Plaintiff, Richard Skaff

28  ///                                                                    ///

_____
STIPULATED REQUEST FOR ENLARGEMENT OF TIME, DECLARATION IN
SUPPORT THEREOF, AND ORDER ENLARGING TIME TO CONDUCT MEDIATION 1

WALTER & PISTOLE

Dated: 6/17/09

JOHN A. ABACI
Attorneys for Defendant,
Town of Corte Madera

## DECLARATION OF JOHN A. ABACI

I, JOHN A. ABACI, do declare as follows:

1. I am an attorney licensed to practice law in the State of California and am employed by the law firm of Walter & Pistole, attorneys of record for the Defendant, Town of Corte Madera.

2. Following a Case Management Conference held on March 18, 2009, this Court referred this Action to court mediation to be completed by June 2009.

3. The parties have met and conferred with the court-appointed mediator, Daniel Bowling, who has been assigned to this case and who conducted telephone conferences on April 23, May 6, and June 10, 2009. During these telephone conferences, the parties' attorneys have discussed with the mediator the issues of the case, prospects of conducting mediation within the time frame established by this Court, and those legal issues that would need to be decided before the case could be settled. It was generally agreed during these discussions that a partially dispositive legal issue would need to be resolved by the trial court prior to a mediation being conducted.

4. On May 14, 2009, the Defendant filed a motion for partial judgment on the pleadings pursuant to FRCP 12(c) for judgment in the Defendant's favor on some of the claims being brought in this Action. On June 8, 2009, the Plaintiff filed his opposition to the motion. The Defendant's motion is scheduled to be heard before this Court on June 30, 2009.

5. Until such time as the issues in the Defendant's motion are decided, the parties will not be able to resolve all of the claims in this Action through mediation.

6. The Plaintiff's and Defendant's attorneys have communicated jointly with Mr. Bowling and separately with their clients or representatives who will be necessary to be present at the mediation regarding potential mediation dates and have determined that all of the following time

STIPULATED REQUEST FOR ENLARGEMENT OF TIME, DECLARATION IN SUPPORT THEREOF, AND ORDER ENLARGING TIME TO CONDUCT MEDIATION 2

1  periods are unavailable due to pre-scheduled vacation or other binding commitments: July 1-30

2  and August 1-25.

3      7. The parties and Mr. Bowling have come to an agreement to schedule a mediation on

4  September 11, with the date of September 9 being the parties' second choice if it should become

5  available in the meantime.

6      8.   Therefore, the parties, their attorneys and Mr. Bowling anticipate that they will be able

7  to complete the mediation process by September 30, 2009.

8      9.   No modifications have previously been made to the deadlines imposed by statute, rule

9  of court, or by this Court in this Action, with the sole exception of a stipulated agreement that

10 Defendant provide completed initial disclosures within 2 weeks of receipt of Plaintiff's initial

11 disclosures.

12     10.   The modification that the parties are requesting would not have an effect on any

13 timelines or deadlines established by the Court in this Action with the exception of the mediation

14 timeline that is the subject of this request.

15     11. For the reasons stated above, the parties are making a joint request that the mediation

16 date be enlarged from June 30, 2009 to September 30, 2009.

17     I declare under penalty of perjury under the laws of the State of California that the

18 foregoing is true and correct.

19     Executed on June 17, 2009 in the City of Sonoma, California.

20                                                    _____
                                                     JOHN A. ABACI
21

       **ORDER ENLARGING TIME TO CONDUCT MEDIATION**
22

23     1. Upon the stipulated request made by the parties in this Action, the Court finds good

   cause to continue the mediation deadline previously established by this Court.
24

25     2. The Court orders that the date by which the parties shall conduct mediation with a court-

   appointed mediator be extended from June 30, 2009 to September 30, 2009.
26

27 Dated:  **7-29-09**                                _____
                                                     SAUNDRA BROWN ARMSTRONG
28                                                   UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST FOR ENLARGEMENT OF TIME, DECLARATION IN
SUPPORT THEREOF, AND ORDER ENLARGING TIME TO CONDUCT MEDIATION 3