```
 1  JEFFREY A. WALTER, CBN 63626
    JOHN A. ABACI, CBN 166493
 2  WALTER & PISTOLE
    670 West Napa Street, Suite "F"
 3  Sonoma, CA 95476
    Telephone: (707) 996-9690
 4  Fax: (707) 996-9603

 5  Attorneys for Defendant
     Town of Corte Madera
 6
    SIDNEY J. COHEN, State Bar No. 39023
 7  SIDNEY J. COHEN PROFESSIONAL CORPORATION
    427 Grand Avenue
 8  Oakland, CA 94610
    Telephone (510) 893-6682
 9
    Attorneys for Plaintiff
10  Richard Skaff
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF, | **Case No. C08-05407 SBA** |
| Plaintiff, | **STIPULATED REQUEST FOR ENLARGEMENT OF TIME, DECLARATION IN SUPPORT THEREOF, AND ORDER ENLARGING TIME TO CONDUCT MEDIATION** |
| vs. | |
| CITY OF CORTE MADERA, and DOES 1-20, Inclusive, | **(Local Rule 6-2)** |
| Defendants. | |
| _____/ | |

**STIPULATED REQUEST**

Plaintiff, RICHARD SKAFF, by and through his attorneys, and Defendant, TOWN OF CORTE MADERA, by and through its attorneys, request for the reasons stated by the declaration of John A. Abaci set forth below that the Court extend the time to complete mediation until

/ / /       / / /
/ / /       / / /
/ / /       / / /
/ / /       / / /

---

**STIPULATED REQUEST FOR ENLARGEMENT OF TIME, DECLARATION IN SUPPORT THEREOF, AND ORDER ENLARGING TIME TO CONDUCT MEDIATION**       1

January 31, 2010.

SIDNEY J. COHEN

PROFESSIONAL CORPORATION

Dated: _____

SIDNEY J. COHEN
Attorneys for Plaintiff, Richard Skaff

WALTER & PISTOLE

Dated: _____

JOHN A. ABACI
Attorneys for Defendant,
Town of Corte Madera

## DECLARATION OF JOHN A. ABACI

I, JOHN A. ABACI, do declare as follows:

1. I am an attorney licensed to practice law in the State of California and am employed by the law firm of Walter & Pistole, attorneys of record for the Defendant, Town of Corte Madera.

2. Following a Case Management Conference held on March 18, 2009, this Court referred this Action to court mediation to be completed by June 2009.

3. Upon stipulation of the parties and by order of this Court, the time to conduct mediation was extended from June 2009 to September 30, 2009.

4. The plaintiff became unable to conduct mediation during September because of a sudden family emergency and by stipulation of the parties and order of this Court the time to conduct mediation was further extended from September 30, 2009 to November 30, 2009.

5. On November 2, a full-day mediation session was conducted between the parties with Court Mediator, Daniel Bowling. While no resolution was reached, the mediation did result in an agreement that certain additional investigation and research would be conducted by the Town to further respond to claims being made by the plaintiff at the mediation and the Town's attorney of record would notify the mediator and Plaintiff's attorney of record of the date by which the additional investigation and research could be completed.

6. On November 13, 2009, a telephone conference was conducted between the parties' attorneys and Mr. Bowling to discuss whether or not the mediation process should continue in this action. During that conversation it was agreed that with certain information being exchanged in advance of a second mediation session another mediation session could be conducted between the parties with the objective of achieving a resolution in this case.

7. Shortly after this telephone conference, the date of January 14 was agreed upon as the first available date for a second mediation session between the parties.

8. On November 18, 2009, mediator Daniel Bowling reset the mediation to January 14, 2010 (see November 18, 2009 docket entry).

9. Therefore, at this time the parties, their attorneys and Mr. Bowling expect that they will be able to complete the mediation process by January 31, 2010.

10. As set forth in paragraphs 3 and 4, supra and at Docket entries 30 and 31, two modifications have previously been made to the deadlines imposed by statute, rule of court, or by the Court in this Action. In addition, by stipulated agreement Defendant supplemented initial disclosures within 2 weeks of receipt of Plaintiff's initial disclosures.

11. With the exception of the November 30, 2009 mediation deadline that is the subject of this request for an extension, the extension of the November 30, 2009 deadline to January 31, 2010 to complete the mediation process will not have an effect on any time lines or deadlines established by the Court in this Action.

12. For the reasons stated above, the parties are by this stipulation requesting that the Court extend the mediation date deadline from November 30, 2009 to January 31, 2010.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November ___, 2009 in the City of Sonoma, California.

_____
JOHN A. ABACI

/ / /                                                                                                    / / /

**STIPULATED REQUEST FOR ENLARGEMENT OF TIME, DECLARATION IN SUPPORT THEREOF, AND ORDER ENLARGING TIME TO CONDUCT MEDIATION**                3

**ORDER ENLARGING TIME TO CONDUCT MEDIATION**

1. Upon the stipulated request made by the parties in this Action, the Court finds good cause to continue the mediation deadline previously established by this Court.

2. The Court orders that the date by which the parties shall conduct mediation with a court-appointed mediator be extended from November 30, 2009 to January 31, 2010.

Dated: 12/28/09

_____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE