1  SIDNEY J. COHEN, Esq. State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA 94610
3  Telephone: (510) 893-6682

4  Attorneys for Plaintiff
   Richard Skaff

5

6  JEFFREY A. WALTER, CBN 63626
   JOHN A. ABACI, CBN 166493
7  WALTER & PISTOLE
   670 West Napa Street, Suite "F"
8  Sonoma, CA 95476
   Telephone: (707) 996-9690
9  Fax: (707) 996-9603

10 Attorneys for Defendant
   Town of Corte Madera

11

12

13                      UNITED STATES DISTRICT COURT

14                     NORTHERN DISTRICT OF CALIFORNIA

15

16 RICHARD SKAFF,                          **CASE NO. C 08-05407 SBA**

17         Plaintiff,                      **STIPULATION AND ORDER FOR**
                                           **MAGISTRATE JUDGE TO RETAIN**
18         vs.                             **JURISDICTION OVER AND TO**
                                           **ENFORCE CONSENT DECREE AND**
19 CITY OF CORTE MADERA, and DOES 1-       **ORDER**
   20, Inclusive,
20
           Defendants.
21 _____/

22

23     Plaintiff, by and through his attorney, and Defendant, by and through its attorneys,

24 stipulate to a Magistrate Judge retaining jurisdiction over and to enforce the Consent Decree and

25 Order as specified in Section IIH of said Consent Decree And Order filed with the Court in this

26 Action on July 8, 2010. Said retention of jurisdiction by a Magistrate Judge shall commence upon

27 the execution and entry of said Consent Decree And Order by the Court.

28     It is so stipulated.

Dated: July 20, 2010    By:/s/ Sidney J. Cohen
Sidney J. Cohen
Sidney J. Cohen Professional Corporation
Attorney for Plaintiff Richard Skaff

/s/ John A. Abaci

Dated: July 20, 2010    By: /s/ John A. Abaci
John A. Abaci
Walter & Pistole
Attorneys for Defendant Town of Corte Madera

**ORDER**

Pursuant to the stipulation of the parties set forth above, the Court orders that a Magistrate Judge retain jurisdiction over and to enforce said Consent Decree and Order.

IT IS SO ORDERED.

Dated: 7/21/10

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

**CONSENT DECREE AND ORDER**
**CASE NO. C08-05407 SBA**                                                                2